**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

STANLEY UTILITY CONTRACTOR, INC.,                    CASE NO. 25-40481
                                                     CHAPTER 11

        Debtor.
_____/

### CERTIFICATE OF SERVICE OF *DEBTOR'S MOTION TO ASSUME AND ASSIGN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY* (Doc. 127)

        I, Samantha A. Kelley, hereby certify that a true and accurate copy of the remaining schedules and/or Notice of Chapter 11 Bankruptcy Case (Doc. 127) was served on the following in the manner stated below:


        1.   **Served electronically via NEF:**

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Ronald Emanuel on behalf of Creditor Channel Partners Capital LLC dba Channel Partners Equipment Finance
ron.emanuel@emzwlaw.com, kory.luciano@emzwlaw.com;eservice@emzwlaw.com

George Steven Fender on behalf of Creditor Utica Leaseco, LLC, as successor in interest to Quality Leasing Co. Inc., dba Quality Equipment Finance, and QL Titling Trust Ltd.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Mitun Mitra on behalf of Interested Party Creditline Capital Group
mmitra@kaminskilawpllc.com, lposwolsky@kaminskilawpllc.com

Geoffrey J. Peters on behalf of Creditor First Citizens Bank & Trust Company
colnationalecf@weltman.com, gpeters@weltman.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Jay B Verona on behalf of Creditor Truist Bank
jverona@shumaker.com, mhartz@shumaker.com

George Leo Zinkler, III on behalf of Creditor De Lage Landen Financial Services, Inc.

gzinkler@loriumlaw.com, ecf.zinkler@loriumlaw.com

    **2.  Served via U.S. First Class Mail on the landlord, Jesus Luna:**

Jesus Luna
8890 NE 12th Lane
Okeechobee, FL 34972

Date: February 10, 2026

**Bruner Wright, P.A.**
2868 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By:   */s/ Samantha A. Kelley*
        Samantha A. Kelley
        Florida Bar No. 0115526
        skelley@brunerwright.com