**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

STANLEY UTILITY CONTRACTOR, INC.                    CASE NO. 25-40481-KKS
                                                    CHAPTER 11

            Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order on Kubota Credit Corporation's

Motion for Relief from the Automatic Stay (Doc. No. 196) was served by CM/ECF notice the 23rd

day of April 2026 and first class mail this 24th day of April 2026.

/s/Gavin N. Stewart
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E:bk@stewartlegalgroup.com
Counsel for Movant

**VIA FIRST CLASS MAIL**
Stanley Utility Contractor, Inc.
1210 Sweetgum Circle
Steinhatchee, FL 32359

**VIA CM/ECF NOTICE**
Robert C. Bruner
Bruner Wright, P.A.
2868 Remington Green Circle
Suite B
Tallahassee, FL 32308
Email: rbruner@brunerwright.com

Samantha A. Kelley
Bruner Wright, PA
2868 Remington Green Circle, Suite B
Tallahassee, FL 32308
Email: skelley@brunerwright.com

Byron Wright, III
Bruner Wright, P.A.
2868 Remington Green Circle
Suite B
Tallahassee, FL 32308
Email: twright@brunerwright.com

U.S. Trustee
United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301
Email: USTPRegion21.TL.ECF@usdoj.gov